IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEATRI J. LARRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.** |
| | ) | **1:19-CV-01008-TFM-MU** |
| **CITY OF MOBILE, ALABAMA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATION OF CONFIDENTIALITY**

It is stipulated by and between the parties that, in order to protect the legitimate privacy interests of the City of Mobile, Alabama ("Defendant" or "the City"), its employees and former employees, and its customers, and Plaintiff Deatri J. Larry ("Plaintiff"), and to provide certain documents relevant to the subject matter of this action, that all documents are produced subject to the following conditions, to which the parties and their counsel freely and voluntarily agree:

1. Plaintiff and his counsel, and Defendant and its counsel, shall only use information or documents disclosed pursuant to this confidentiality stipulation for purposes of litigating this action, *Deatri J. Larry v. City of Mobile, Alabama*, in the United States District Court for the Southern District of Alabama, Civil Action No. 1:19-CV-010080-TFM-MU.

2. To the extent information and/or documents are produced, such information and/or documents are produced only on the following conditions:

    a. "Plaintiff's counsel" shall include Ronnie Williams, as well as any attorney, staff member, paralegal, or any other employee of his law firm, Williams & Associates. "Defendant's counsel" shall include Kathryn M. Willis and Emily C. Killion, as well as any attorney, staff member, paralegal or any other employee of Burr & Forman LLP.

43567022 v1

b. Counsel for Plaintiff and counsel for Defendant expressly agree that all documents previously produced by either party in this case, as well as the documents to be produced by either party in the future, which are clearly designated by the producing party as "CONFIDENTIAL" or "PROPRIETARY" or with substantially similar words will be treated as confidential documents in the future, unless waiver of such designation be obtained.

(1) The producing party shall clearly designate documents as "CONFIDENTIAL" if they involve the policies of the City of Mobile, Alabama regarding employment with the City of Mobile or that otherwise are provided to employees of the City of Mobile, or if they involve any person other than Plaintiff, including confidential documents that do not contain identifying information;

(2) To the extent such information and/or documents are disclosed to Plaintiff's counsel or Defendant's counsel, Plaintiff's counsel and Defendant's counsel shall return all such documents or other tangible forms of such information to counsel for the producing party within four weeks of the written request for return following the close of this action. Defendant's counsel and Plaintiff's counsel agree to retain such information for a period of six (6) years following their return. However, Defendant's and Plaintiff's counsel will not be responsible for such information and/or documents to the extent they are destroyed or otherwise due to theft or other acts of God;

(3) Such information and/or documents shall not be disclosed to anyone other than those with a legitimate need to know in the conduct of this litigation, and, if such a disclosure is made, it shall not be done until the person to whom the disclosure is made agrees to be bound by the terms of this Stipulation; and

(4) With respect to such information and/or documents, it is recognized that, in the conduct of litigation, such documents may need to be shown to non-parties. Counsel for Plaintiff and Defendant will make every effort to limit the disclosure of documents to non-parties only to the extent necessary to litigate this case. In these circumstances, such non-parties, other than expert witnesses, will be informed by counsel, that such documents are confidential and their contents are not to be disclosed to others.

3. The foregoing terms shall be binding on Plaintiff and Defendant, and their every privy, agent, employee, attorney, successor, assign, heir or legatee.

a. The provisions of this Stipulation shall not terminate at the conclusion of this action.

b. Nothing herein shall prevent a party from entering a document covered by this Stipulation into evidence that would otherwise be admissible, and nothing herein shall prevent any party or other person from objecting to discovery it believes to be otherwise improper.

c. Plaintiff's counsel and Defendant's counsel are responsible for employing reasonable measures to control, consistent with this Stipulation, duplication of, access to, and distribution of copies of documents and information regarding former and current employees.

d. This Order does not constitute an admission by any party that any document is confidential, proprietary or secret, and shall not foreclose any party from moving for a ruling from the Court that documents designated by a party as "CONFIDENTIAL" or "PROPRIETARY," are, in fact, not confidential or proprietary. On such motion, the party asserting that documents are Confidential or Proprietary, shall have the burden of proving that the information or material in question is within the scope of protection afforded by the Federal

Rules of Civil Procedure. However, in no event shall any party disclose any Confidential or Proprietary information or any materials containing Confidential or Proprietary information in violation of the terms of this Stipulation without a prior ruling from the Court allowing such disclosure.

    4.    Upon acceptance by the Court, this Stipulation of Confidentiality shall become an order of the Court.

/s/ Kathryn M. Willis
Kathryn M. Willis            (WILLK8533)
kwillis@burr.com
Emily C. Killion             (CROWE2443)
ekillion@burr.com
*Attorneys for Defendant*

**OF COUNSEL:**
**Burr & Forman LLP**
11 N. Water Street, Suite 22200
Mobile, AL  36602
(251) 344-5151 (Tel.)
(251) 344-9696 (Fax)

/s/ Ronnie L. Williams (with permission)
Ronnie L. Williams
*Attorney for Plaintiff*

**OF COUNSEL:**
**Williams & Associates**
814 St. Francis Street
Mobile, Alabama  36602
(251) 432-6985 (Tel.)
(251) 432-6987 (Fax)