# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11697

_____

DEATRI J. LARRY,

                                                           Plaintiff-Appellant,

*versus*

CITY OF MOBILE, ALABAMA,

                                                           Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:19-cv-01008-TFM-MU

_____

JUDGMENT

2                                                                    22-11697

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 14, 2023

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE:  August 14, 2023